IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY GREEN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV573 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY NEBRASKA and ROBERT HOUSTON, Director of Douglas County Correctional Center, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion filed by Thomas M. White to withdraw as counsel for the plaintiff (Filing No. 20). The motion states that counsel and client have difficulty in communicating. However, no new counsel has made an appearance. The certificate of service on the motion reflects it was served on the plaintiff. Accordingly,

**IT IS ORDERED:**

1. The motion filed by Thomas M. White to withdraw as counsel for the plaintiff (Filing No. 20) is held in abeyance.

2. The plaintiff, Anthony Green, Sr., shall have to **on or before August 16, 2006**, to respond to the motion to withdraw by filing a response with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly.

3. The Clerk of Court shall mail a copy of this order to the plaintiff at:

> Anthony Green Sr.
> 5005 Westlake Circle
> Papillion, NE 68133

DATED this 20th day of July, 2006.

> BY THE COURT:
>
>  s/Thomas D. Thalken
> United States Magistrate Judge