## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANTHONY GREEN, SR.,** | ) | |
| | ) | **8:05CV573** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | |
| **and ROBERT HOUSTON, Director** | ) | |
| **of Douglas County Correctional** | ) | |
| **Center,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the plaintiff's Motion to Continue Planning Conference (Filing No. 22) requesting that the planning conference date be continued until after the Court has made a ruling on the Motion to Withdraw (Filing No. 20). The plaintiff represents the defendants' counsel have no objection to the motion. Upon consideration,

**IT IS ORDERED**

1.      The plaintiff's motion (Filing No. 22) shall be granted as set forth below.

2.      The planning conference is cancelled and shall be rescheduled after the Court makes a ruling on the Motion to Withdraw (Filing No. 20).

Dated this 28th day of July, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge