**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| ANTHONY GREEN SR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV573 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY NEBRASKA, and | ) | ORDER |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court sua sponte. The planning conference previously scheduled for **August 10, 2006 at 1:30 p.m.** is rescheduled for **November 20, 2006 at 9:30 a.m.**, in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

IT IS SO ORDERED.

DATED this 25th day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge