IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY GREEN SR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV573 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS COUNTY NEBRASKA, and ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court regarding the Rule 16 planning conference with the parties, set for Monday, November 20, 2006. Due to the defendants' pending Motion for Summary Judgment [24],

**IT IS ORDERED:**

The Rule 16 conference set for November 20, 2006 is cancelled until further order of the court.

DATED this 15th day of November, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge